IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Banner III, Verzell A | Case Number: 06 B 08118 |
|---|---|---|
| | Banner, Danielle L | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 7/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 17, 2008
         Confirmed: September 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 49,283.14 | |
| Secured: | | 25,150.43 |
| Unsecured: | | 13,378.32 |
| Priority: | | 0.00 |
| Administrative: | | 2,747.67 |
| Trustee Fee: | | 2,467.74 |
| Other Funds: | | 5,538.98 |
| Totals: | 49,283.14 | 49,283.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 47.67 | 47.67 |
| 2. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 4. | Fifth Third Bank | Secured | 19,711.51 | 19,711.51 |
| 5. | DaimlerChrysler Servs North America | Secured | 1,357.64 | 1,357.64 |
| 6. | CitiFinancial | Secured | 2,826.58 | 2,826.58 |
| 7. | Fifth Third Bank | Secured | 4,760.51 | 1,254.70 |
| 8. | Midwest Verizon Wireless | Unsecured | 43.23 | 432.33 |
| 9. | World Financial Network Nat'l | Unsecured | 306.07 | 3,060.65 |
| 10. | RoundUp Funding LLC | Unsecured | 119.37 | 1,193.70 |
| 11. | ECast Settlement Corp | Unsecured | 220.97 | 2,209.68 |
| 12. | Resurgent Capital Services | Unsecured | 297.37 | 2,973.70 |
| 13. | Capital One | Unsecured | 71.77 | 717.68 |
| 14. | Nicor Gas | Unsecured | 75.68 | 756.77 |
| 15. | Portfolio Recovery Associates | Unsecured | 120.94 | 1,209.40 |
| 16. | World Financial Network Nat'l | Unsecured | 82.44 | 824.41 |
| 17. | CB USA Sears | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | American General Finance | Unsecured | | No Claim Filed |
| 20. | GM Card | Unsecured | | No Claim Filed |
| 21. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 22. | Sherman Acquisition | Unsecured | | No Claim Filed |
| | | | $ 32,741.75 | $ 41,276.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Banner III, Verzell A | Case Number: 06 B 08118 |
|---|---|---|
| | Banner, Danielle L | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 7/10/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 4.14 |
| 4.8% | 593.62 |
| 5.4% | 805.77 |
| 6.5% | 1,064.21 |
| | _____ |
| | $ 2,467.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

